UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

          v.            10-mc-20-PB

<u>Cheryl Menz</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 30, 2010, no objection having been filed for the reasons stated therein. It is hereby ordered that Cheryl Menz obey the summons and that she be ordered to appear on May 11, 2010, at 9:00 a.m. at 80 Daniel Street, Portsmouth, NewHampshire, before David Kalinowski, to give testimony and produce all books and records in her possession or control required and called for by the terms of the summons of October 14, 2009. It is further ordered that the government be awarded its costs.

      SO ORDERED.

April 21, 2010                                /s/Paul J. Barbadoro
                                                    Paul J. Barbadoro
                                                    United States District Judge

cc:    T. David Plourde, Esq.